

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————————

No. 02-25-00331-CV

———————————————————

IN RE FRISCO CHRONICLES WHISTLEBLOWER, Relator

Original Proceeding
467th District Court of Denton County, Texas
Trial Court No. 25-5217-467

Before Walker, Birdwell, and Bassel, JJ.
Per Curiam Memorandum Opinion

**MEMORANDUM OPINION**

The court has considered relator's petition for writ of mandamus and real party in interest's response and is of the opinion that relief should be denied. Accordingly, relator's petition for writ of mandamus is denied. We lift our July 10, 2025 stay of the "Order on Petition for Rule 202 Deposition."

Per Curiam

Delivered: July 23, 2025